UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-80281-CIV-ALTMAN/Brannon

**KEVIN KOHMETSCHER** *and*
**MICHELLE KOHMETSCHER**,
*individually, and on behalf of similarly situated individuals*,

    *Plaintiffs*,

v.

**NEXTERA ENERGY RESOURCES, LLC,**
*and* **COTTONWOOD WIND PROJECT, LLC**,

    *Defendants*.
_____/

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on the Plaintiff's Notice of Voluntary Dismissal without Prejudice [ECF No. 121]. Being fully advised, the Court hereby

**ORDERS** that this action is **DISMISSED without prejudice**. The Clerk of Court is directed to **CLOSE** this case. All pending motions are **DENIED as moot**. All pending deadlines and hearings are **TERMINATED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 17th day of November 2020.

                                                    **ROY K. ALTMAN**
                                                    **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record